UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MARK R. VINSON,

        Plaintiff,

v.

JOE NOELE, *et al.*,

        Defendants.

CASE NO. 3:19-cv-05788-RBL-JRC

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge. The Court having considered the R&R, the remaining record, and any objections does hereby find and order,

(1) The R&R is adopted.

(2) The matter is dismissed without prejudice.

(3) Plaintiff's *in forma pauperis* status is revoked for purposes of any appeal.

Dated this 16th day of January, 2020.

Ronald B. Leighton
United States District Judge